TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA FABESCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Foreign Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-00960-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND EXTENSION FOR DEFENDANT TO REPLY** |

COMES NOW Plaintiff ALEXANDRA FABESCH, (hereinafter, "Plaintiff"), and Defendant NEVADA PROPERTY 1, LLC, a Foreign Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS ("Defendant"), by and through their attorneys of record and do hereby stipulate and agree to extend the time for Plaintiff to respond to the Defendant's Motion to Dismiss, and the time for Defendant's Reply to Plaintiff's Response.  Accordingly, Plaintiff shall have up to and including August 5, 2016 to respond to Defendant's Motion to Dismiss and Defendant shall have up to and including August 19, 2016 to file a Reply.  The reason that the extension is requested is due to Plaintiff's counsel having a planned vacation due during the briefing period.

///

1


Accordingly, Plaintiff shall have up to and including August 5, 2016 to respond to Defendant's Motion to Dismiss and Defendant shall have up to and including August 19, 2016 to file a Reply.

Dated: July 11, 2016                                    Dated: July 11, 2016

HATFIELD & ASSOCIATES, LTD.                             JACKSON LEWIS, LLP

/s/ Trevor J. Hatfield                                  /s/ Lisa A. McClane
_____                         _____
Trevor J. Hatfield, Esq.                                Lisa A. McClane, Esq.
Nevada Bar No. 7373                                     Nevada Bar. No. 5978
703 S. Eighth St.                                       3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89101                                     Las Vegas, NV 89168
(702) 388-4469 Tel.                                     (702) 921-2460 Tel.
(702) 386-9825 Fax                                      (702) 921-2461 Fax
Email: thatfield@hatfieldlawassociates.com              Email: Lisa.McClane@jacksonlewis.com
Attorneys for Plaintiff                                 Attorneys for Defendant

**IT IS SO ORDERED.**

Dated:  July 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Dated July 11, 2016.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2