Lisa A. McClane, Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Nevada Property 1, LLC dba*
*The Cosmopolitan of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA FABESCH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA PROPERTY 1, LLC, a Foreign Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendant. | Case No. 2:16-cv-00960-JAD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 26 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Alexandra Fabesch and Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: May 25, 2017					Dated: May 25, 2017

/s/Lisa A. McClane					/s/Trevor J. Hatfield
Lisa A. McClane, Bar No. 10139			Trevor J. Hatfield
3800 Howard Hughes Parkway, Ste. 600		703 S. Eighth St.
Las Vegas, NV 89169				Las Vegas, NV 89101

Attorneys for Defendant				Attorneys for Plaintiff

*Nevada Property 1, LLC dba The			Alexandra Fabesch*
*Cosmopolitan of Las Vegas*

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: 5/30/17					_____
						UNITED STATES DISTRICT JUDGE

4845-9425-4407, v. 1

Jackson Lewis P.C.
Las Vegas

2